No. 23-3764

In the United States Court of Appeals
for the Ninth Circuit

Glen Morgan,
    *Plaintiff — Appellant*,

v.

Twitter, Inc.,
    *Defendant — Appellee*.

Appeal from the United States District Court for the
Eastern District of Washington; No. 3:22-cv-00122-MKD

Appellant's Excerpts of the Record
Index Volume

| Ard Law Group PLLC | Albrecht Law PLLC |
|---|---|
| Joel Ard | David K. DeWolf |
| joel@ard.law | david@albrechtlawfirm.com |
| P.O. Box 11633 | 5105 E 3rd Ave., Suite 101 |
| Bainbridge Island, Washington 98110 | Spokane Valley, WA 99212 |
| (206) 701-9243 | (509) 495-1246 |

1

# Table Of Contents

| Document | Date | Dkt No. | Page #s |
|---|---|---|---|
| **Volume 1 of 4** | | | |
| Judgment in a Civil Case | 22 Nov 2023 | 77 | 2 |
| Order Denying Plaintiff's Motion to Remand, denying Plaintiff's Motion to Certify Questions, and Granting Defendant's Motion to Dismiss | 22 Nov 2023 | 76 | 3-51 |
| Order Denying Plaintiff's Motion For Leave to File a Second Amended Complaint | 31 Aug 2023 | 63 | 52-64 |
| Order Denying Plaintiff's Motion to Remand | 5 May 2022 | 39 | 65-100 |
| **Volume 2 of 4** | | | |
| Reply iso Motion to Certify | 15 Oct 2023 | 72 | 102-109 |
| Opposition to Motion to Certify | 10 Oct 2023 | 71 | 110-153 |
| Reply iso Remand FAC | 8 Oct 2023 | 70 | 154-167 |
| Reply iso Motion to Dismiss | 28 Sep 2023 | 69 | 168-183 |
| Opposition to Remand FAC | 26 Sep 2023 | 68 | 184-191 |
| Motion to Certify Questions | 26 Sep 2023 | 67 | 192-207 |
| Opposition to Motion to Dismiss | 14 Sep 2023 | 65 | 208-232 |
| Motion to Remand FAC | 5 Sep 2023 | 64 | 233-243 |
| Sur-reply Motion and Sur-Reply | 23 Jun 2023 | 58 | 244-253 |
| Ard Decl. iso filing SAC | 21 Jun 2023 | 57 | 254-255 |
| Reply re: filing SAC | 21 Jun 2023 | 56 | 256-268 |

| Swaminathan Decl. iso Opposition to SAC | 20 Jun 2023 | 54 | 269-273 |
|---|---|---|---|
| Opposition to SAC | 20 Jun 2023 | 53 | 274-284 |
| Ard Decl. iso SAC | 12 Jun 2023 | 48 | 285-286 |
| Motion for Leave to File SAC | 12 Jun 2023 | 47 | 287-324 |
| Motion to Dismiss FAC | 2 Jun 2023 | 43 | 325-376 |
| **VOLUME 3 OF 4** | | | |
| FAC with Exhibits A and A-15 | 21 Feb 2023 | 35 | 378-494 |
| Notice of Supp. Auth | 25 Jan 2023 | 34 | 495-516 |
| Sur-reply re: Remand | 14 Oct 2022 | 33 | 517-523 |
| Reply re: Remand | 30 Sep 2022 | 31 | 524-537 |
| Response re: Remand | 23 Sep 2022 | 30 | 538-553 |
| Order re Art. III Briefing | 9 Sep 2022 | 29 | 554-555 |
| Ard Decl. iso Reply & Exhibit | 29 Jun 2022 | 21 | 556-562 |
| Reply iso Remand | 29 Jun 2022 | 20 | 563-576 |
| Swaminathan Decl. iso Opposition | 16 Jun 2022 | 19 | 577-582 |
| Opposition to Remand | 16 Jun 2022 | 18 | 583-607 |
| Ard Decl. iso Remand & Exhibits | 26 May 2022 | 9 | 608-624 |
| Motion to Remand | 26 May 2022 | 8 | 625-642 |
| **VOLUME 4 OF 4** | | | |
| Hoffman Decl. iso Removal | 19 May 2022 | 3 | 644-646 |
| Notice of Removal | 19 May 2022 | 79 | 647-725 |
| Notice of Appeal | 27 Nov 2023 | 3 | 726-728 |
| Trial Court Docket | n/a | 8 | 729-736 |

3